UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

HOMER POWELL,                                                    Petitioner
GENEVA POWELL,

v.                                              Civil Action No. 4:25-cv-14-RGJ-HBB

AMERICAN STRATEGIC INSURANCE                                     Defendant
CORP.

\* \* \* \* \*

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation of the Magistrate Judge that this case be dismissed without prejudice for failure to prosecute. [DE 26]. This matter was referred to United States Magistrate Judge. [DE 5]. The Magistrate Judge entered his Report and Recommendation [DE 26] on February 24, 2026. The time for objections to the Magistrate Judge's recommendation expired on March 10, 2026. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). No objections were filed and the time for doing so has passed. This matter is now ripe for adjudication.

A district court may refer a motion to a magistrate judge for the preparation of a report and recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b)(1). "A magistrate judge must promptly conduct the required proceedings . . . [and] enter a recommended disposition, including, if appropriate, proposed findings of fact." Fed. R. Civ. P. 72(b)(1). This Court must "determine de novo any part of the magistrate judge's disposition that has been properly objected to." 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). The Court need not review under a *de novo* or any other standard those aspects of the report and recommendation to which no specific objection is

1

made and may adopt the findings and rulings of the magistrate judge to which no specific objection is filed  *Thomas v. Arn,* 474 U.S. 140, 150, 155 (1985).

Here, because no party has objected to the Report and Recommendation, the Court may accept it without review.  *See Thomas*, 474 U.S. at 150, 155. Nevertheless, the Court has conducted its own review of the record and finds no error in the Magistrate Judge's findings and conclusions. Accordingly, and the Court being otherwise sufficiently advised, **IT ORDERED** as follows:

(1)    The Report and Recommendation of the United States Magistrate [DE 26], is **ACCEPTED** in whole and **INCORPORATED** by reference.

(2)    A separate judgment shall issue this date.

March 16, 2026

Rebecca Grady Jennings, District Judge
United States District Court

cc: Counsel of Record

2